**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Marvin Myers,

     Plaintiff,                     :     Case No. 2:21-cv-5191

    -vs-                         Judge Sarah D. Morrison
                                      Magistrate Judge Vascura

Annette Chambers-Smith, Director,
Ohio Department of Rehabilitation and
Correction,

                                         :

     Defendant.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on December 28, 2021. (No. 7). In that filing, the Magistrate Judge recommended that Plaintiff Marvin Myers's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (No. 7) and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                            /s/ Sarah D. Morrison
                         **SARAH D. MORRISON
                         UNITED STATES DISTRICT JUDGE**